UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

HAITHAM MASRI,            Case No. 10-61010
                                         Chapter 7
       Debtors.                   Hon. Marci B. McIvor
_____/

WENDY TURNER LEWIS, TRUSTEE,

       Plaintiff,

v.                                               Adv. No. 10-7578

FATINA MASRI; F&H PROPERTIES, L.P.;
H&F TIRES, L.P.; OPTIMA INVESTMENT
GROUP, L.P.; PRECISION REAL ESTATE
INVESTMENTS, LLC; H&F AUTOMOTIVE,
L.P.; PROSPECT ASSOCIATES, L.L.C.;
SUPERIOR INVESTMENTS, L.P.; MASRI
ASSOCIATES, INC.; M&M MANAGEMENT
II, LP; H&F HOMES, LP; MASRI CLINIC
FOR LASER AND COSMETIC SURGERY,
LLC; ULTIMA FAMILY HOLDINGS, LP;
M&M MANAGEMENT I, LP; M&M TIRES,
LP; M&M DRUGS, LP; H&F
ENTERPRISES, INC. ; H&F TRANSPORT,
LP; H&F MASRI, LP; and MASRI CLINIC FOR
LASER AND COMETIC SURGERY, PLLC,

       Defendants.
_____/

**ORDER DENYING MOTION FOR DISMISSAL OR FOR SUMMARY JUDGMENT (Docket # 47) FILED BY DEFENDANTS' H&F ENTERPRISES, INC., H&F HOMES, LP, H&F MASRI, LP, MASRI ASSOCIATES, INC., PRECISION REAL ESTATE INVESTMENTS, LLC, PROSPECT ASSOCIATES, LLC AND SUPERIOR INVESTMENTS, LP**

For the reasons set forth in the attached Opinion;

IT IS HEREBY ORDERED that Defendants H&F Enterprises, Inc., H&F Homes, LP, H&F Masri, LP, Masri Associates, Inc., Precision Real Estate Investments, LLC, Prospect Associates, LLC and Superior Investments, LP's Motion to Dismiss or for Summary Judgment is denied.

Signed on September 23, 2011

                                        /s/ Marci B. McIvor
                                        Marci B. McIvor
                                        United States Bankruptcy Judge