UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| HAITHAM MASRI, | Case No. 10-61010 |
| | Chapter 7 |
| Debtors. | Hon. Marci B. McIvor |
| _____/ | |

WENDY TURNER LEWIS, TRUSTEE,

      Plaintiff,

v.                                      Adv. No. 10-7578

FATINA MASRI; F&H PROPERTIES, L.P.;
H&F TIRES, L.P.; OPTIMA INVESTMENT
GROUP, L.P.; PRECISION REAL ESTATE
INVESTMENTS, LLC; H&F AUTOMOTIVE,
L.P.; PROSPECT ASSOCIATES, L.L.C.;
SUPERIOR INVESTMENTS, L.P.; MASRI
ASSOCIATES, INC.; M&M MANAGEMENT
II, LP; H&F HOMES, LP; MASRI CLINIC
FOR LASER AND COSMETIC SURGERY,
LLC; ULTIMA FAMILY HOLDINGS, LP;
M&M MANAGEMENT I, LP; M&M TIRES,
LP; M&M DRUGS, LP; H&F
ENTERPRISES, INC. ; H&F TRANSPORT,
LP; H&F MASRI, LP; and MASRI CLINIC FOR
LASER AND COMETIC SURGERY, PLLC,

      Defendants.

_____/

## ORDER DENYING MOTION FOR DISMISSAL OR FOR SUMMARY JUDGMENT (Docket # 56) FILED BY DEFENDANT H&F TRANSPORT LIMITED PARTNERSHIP

    For the reasons set forth in the attached Opinion;

    IT IS HEREBY ORDERED that Defendant H&F Transport, L.P.'s Motion to

Dismiss or for Summary Judgment is denied.

Signed on September 23, 2011

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge

2